**GIRARD SHARP LLP**
Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
Nina R. Gliozzo (State Bar No. 333569)
Patrick T. Johnson (State Bar No. 329580)
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: dsharp@girardsharp.com
Email: apolk@girardsharp.com
Email: ngliozzo@girardsharp.com
Email: pjohnson@girardsharp.com

*Counsel for Plaintiffs Q.R. and S.T.*

**SAUDER SCHELKOPF LLC**
Joseph G. Sauder
Matthew D. Schelkopf
Juliette T. Mogenson
1109 Lancaster Avenue
Berwyn, PA 19312
Tel: (888) 711-9975
Facsimile: (610) 421-1326
Email: jgs@sstriallawyers.com
Email: mds@sstriallawyers.com
Email: jtm@sstriallawyers.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Q.R. and S.T.,

      Plaintiffs,

v.

COOPERSURGICAL, INC.; THE COOPER
COMPANIES, INC.; and DOES 1-10, inclusive,

      Defendants.

Case No. 4:24-cv-05120-JST

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BROUGHT BY PLAINTIFFS PURSUANT TO FED. RULE CIV. P. 41(a)**

Judge: Hon. Jon S. Tigar

1  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

2  Plaintiffs Q.R. and S.T. hereby voluntarily dismiss their claims without prejudice. Defendants have not

3  served an answer or motion for summary judgment and Plaintiffs have not previously dismissed any

4  federal or state-court action based on the same claim.

5

6  Dated: January 14, 2025                    Respectfully submitted,

7                                             /s/ Dena C. Sharp

8                                             Dena C. Sharp (State Bar No. 245869)
                                              Adam E. Polk (State Bar No. 273000)
9                                             Nina R. Gliozzo (State Bar No. 333569)
                                              Patrick T. Johnson (State Bar No. 329580)
10                                            **GIRARD SHARP LLP**
                                              601 California Street, Suite 1400
11                                            San Francisco, CA 94108
                                              Telephone: (415) 981-4800
12                                            Email: dsharp@girardsharp.com
                                              Email: apolk@girardsharp.com
13                                            Email: ngliozzo@girardsharp.com
                                              Email: pjohnson@girardsharp.com
14
15
16                                            Joseph G. Sauder
                                              Matthew D. Schelkopf
17                                            Juliette T. Mogenson
                                              **SAUDER SCHELKOPF LLC**
18                                            1109 Lancaster Avenue
                                              Berwyn, PA 19312
19                                            Tel: (888) 711-9975
                                              Facsimile: (610) 421-1326
20                                            Email: jgs@sstriallawyers.com
                                              Email: mds@sstriallawyers.com
21                                            Email: jtm@sstriallawyers.com
22
23                                            *Counsel for Plaintiffs Q.R. and S.T.*
24
25
26
27
28

NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BROUGHT BY PLAINTIFFS
CASE NO. 4:24-cv-05120-JST

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2025 I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing

to all counsel of record.

*/s/ Dena C. Sharp*
Dena C. Sharp

NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BROUGHT BY PLAINTIFFS
CASE NO. 4:24-cv-05120-JST